FormLF1
(10/05)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Stephanie Denise Watson**                                  Case No.
                              Debtor(s)                              Chapter  **13**

## DEBTOR'S APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the case filing fee amounting to $**310.00**  in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. The number of installments shall not exceed four(4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| /s/ KENNETH L. WALKER           July 6, 2015 | /s/ Stephanie Denise Watson           July 6, 2015 |
|---|---|
| Signature of Attorney                  Date | **Stephanie Denise Watson**                Date |
|  | Signature of Debtor |
|  | (In a joint case, both spouses must sign.) |
| **KENNETH L. WALKER 6459** |  |
| Name of Attorney | Signature of Joint Debtor (if any)            Date |

### CLERK'S APPROVAL

Based upon the foregoing, the Clerk grants the debtor's application pursuant to L.B.R. 1006 (b)-1(b). This approval is without prejudice to judicial review, which could result in a hearing to show cause why the Clerk's approval should not be set aside or otherwise modified.

**JED G. WEINTRAUB**
**U.S. BANKRUPTCY COURT CLERK**

**By:**_____
         **Deputy Clerk**

**Date:**_____