IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STEPHANIE WATSON,<br>　　　Plaintiff, | Case No.: 16-cv-00013 |
| v. | |
| HOME DEPOT U.S.A., INC., and<br>LISA ADAMS,<br>　　　Defendants. | **JURY DEMAND** |

## AMENDED AFFIDAVIT REGARDING PLAINTIFF'S BANKRUPTCY PETITION

I, Kenneth Walker, confirm that prior to the filing of the petition, the debtor Stephanie Watson, informed our office that she had filed a charge of discrimination with the EEOC against her prior employer, Home Depot USA. This was not listed in her bankruptcy petition due to the fact that the charge did not constitute an existing cause of action because no notice of right to sue had been issued and no legal action had been filed as of July 6, 2015.

The Docket report in this Court indicates that the Charge of Discrimination was filed with the EEOC on March 4, 2015. The Bankruptcy Case was filed in the Western District of Tennessee, Eastern Division on July 6, 2015 was assigned case number 15-11477. The Docket report for this Court indicates that Notice of Right to Sue was not issued by the EEOC until December 4, 2015 and the Complaint for Discrimination and Retaliation was not filed with this Honorable Court until February 29, 2016.

An Amended Schedule B and Statement of Financial Affairs was filed with the United

States Bankruptcy Court on May 27, 2016 to include the lawsuit and approximate value of the action to be $450,862.50. In addition to the amendments a Motion to Employ Kathleen Pohlid was also filed on May 27, 2016. We anticipate the hearing on this motion to be set for June 30, 2016 at 9:00 am.

_____
Kenneth Walker, B.P.R.# 006459
Bankruptcy Attorney for Plaintiff
107 South Shannon St.
Jackson, TN 38301
(731) 427-5568
(731) 424-9088 FAX

STATE OF TENNESSEE
COUNTY OF MADISON

    Personally appeared before me, the undersigned Notary Public, duly qualified, commissioned and acting in and for said State and County, the within named KENNETH WALKER with whom I am personally acquainted and who acknowledged that he executed the within and foregoing instrument for the purposes therein contained.
    WITNESS MY HAND and Official Seal at Jackson, Tennessee on this the 31st day of May, 2016.

_____
NOTARY PUBLIC

My Commission Expires: 9/12/17