# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.   15−11477   jlc |
| | Chapter   13 |
| | |
| | Adv. Proc. No. |
| Stephanie Denise Watson | |
| | |
| Debtor(s). | |

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE

*54* – Motion To Employ Attorney Kathleen Pohlid Outside Bankruptcy Filed by Ken Walker on behalf of Stephanie Denise Watson (Walker, Ken)

on May 27, 2016.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **June 30, 2016 at  09:00 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).

**Kathleen A Ford**
**CLERK OF COURT**

**BY:  Deborah Pulse**
_____

**Date:   June 1, 2016**

[ntchrgcomb2lf005]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                    Case No. 15-11477-jlc
Stephanie Denise Watson                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1          User: debbie              Page 1 of 2              Date Rcvd: Jun 01, 2016
                              Form ID: ntchrgc2         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2016.
```
db         +Stephanie Denise Watson,    1000 Walden Creek Trace,    Apt. 36-1B,    Spring Hill, TN 37174-6573
cr         +USDA RURAL DEVELOPMENT,    CENTRALIZED SERVICING CENTER,    P.O. BOX 66879,
             ST. LOUIS, MO 63166-6879
31877911   +AMCOL Systems, Inc,    P.O. Box 21625,    Columbia, SC 29221-1625
31877912   +AT&T BK Notice,    Accounts Receivable Management,    333 Commerce St., Floor 20,
             Nashville, TN 37201-1826
31877910   +Altair OH XIII, LLC,    Weinstein, Pinson, & Riley PS,    PO Box 3978,    Seattle, WA 98124-3978
31877913    Bell south,    Bankruptcy Department,    301 West Bay Street,    RM  29 EF1 Bellsouth Tower,
             Jacksonville, FL 32202
31877914    Capital One (BK Dept),    PO Box 30285,    Salt Lake City, UT 84130-0285
31877918   +Collection Management,    PO Box 545,    Union City, TN 38281-0545
31877919   +Comcast,   6555 Quince Road,    Suite 400,    Memphis, TN 38119-8225
31877920    Comenity,    PO Box 182125,    Columbus, OH 43218-2125
31877923   +Delbert Services Corp,    Payment Processing,    PO Box 4730,    Anaheim, CA 92803-4730
31930327   +First Heritage Credit of Tennessee, LLC,    566 Carriage House Drive, Suite E,
             Jackson, TN 38305-2279
31877926   +Franklin Collection,    PO Box 3910,    Tupelo, MS 38803-3910
32194948   +Kathleen Pohlid,    Attorney at Law,    Pohlid, PLLC,,    205 Powell Place, Ste 357,
             Brentwood, TN 37027-7522
31916543   +Memphis Light, Gas & Water,    Credit Operations,    P. O. Box 430,    Memphis, TN 38101-0430
31877930    Memphis Light, Gas & Water Division,    P.O. Box 388,    Memphis, TN 38145-0388
31879053   +Monica M. Simmons-Jones,AUSA,    167 North Main St., Ste 800,    Memphis, TN 38103-1827
31877932   +Nissan Motor Acceptance,    PO Box 660366,    Dallas, TX 75266-0366
31877935   +Titlemax of Tennessee, Inc.,    2089 N. Highland Avenue,    Suite E,    Jackson, TN 38305-4900
31877924  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,      P.O Box 790408,
             Saint Louis, MO 63179-0408)
31877936   +USDA,    Centralized Servicing Center,    PO Box 66827,    Saint Louis, MO 63166-6827
31897170   +USDA Rural Housing Service,    Centralized Servicing Center,    PO Box 66879,
             St. Louis, MO 63166-6879
31879051   +USDOJ-Tax Division,    Civil Trial Section, Eastern Region,    Ben Franklin Station,
             P.O. Box 227,    Washington, DC 20044-0227
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
31964091   +E-mail/Text: bncmail@w-legal.com Jun 02 2016 00:03:10      ALTAIR OH XIII, LLC,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
31877909   +Fax: 864-336-7400 Jun 02 2016 00:28:38      Advance America,    955 North Parkway,   Suite H,
             Jackson, TN 38305-4512
31955947    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2016 00:00:47
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
31877915    E-mail/Text: bankruptcy@cashtn.com Jun 02 2016 00:04:25      Cash Express,    31 Bowling Drive,
             Jackson, TN 38305
31914497   +E-mail/Text: bankruptcy@cashtn.com Jun 02 2016 00:04:25      Cash Express, LLC,
             263 West Spring Street,    Cookeville, TN 38501-3268
31956778   +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 02 2016 00:02:03       CashNetUSA,
             175 W Jackson Blvd,    Suite 1000,    Chicago, IL 60604-2863
31877916   +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 02 2016 00:02:03       Cashnet USA.com,
             200 West Jackson, Ste 1400,    Chicago, IL 60606-6929
31877921   +E-mail/Text: bk@creditcentralllc.com Jun 02 2016 00:04:31      Credit Central,
             605 Carriage House Drive,    Jackson, TN 38305-4227
31877922   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 02 2016 00:04:51
             Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
31877927    E-mail/Text: cio.bncmail@irs.gov Jun 02 2016 00:02:17      Internal Revenue Service,
             Attn: Insolvency Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
31924153   +E-mail/Text: rlambert@mscb-inc.com Jun 02 2016 00:02:34      JACKSON ENERGY AUTHORITY,
             C/O MSCB, INC,    1410 INDUSTRIAL PARK RD,    PO BOX 1567,    PARIS, TN 38242-1567
31877928   +E-mail/Text: trivers@jacksonclinic.com Jun 02 2016 00:03:42       Jackson Clinic,   Attn: Donna,
             P.O. Box 400,    Jackson, TN 38302-0400
31877929   +E-mail/Text: collections@leaderscu.com Jun 02 2016 00:02:34      Leaders Credit Union,
             214 Oil Well Road,    Jackson, TN 38305-7914
31877931   +E-mail/Text: rlambert@mscb-inc.com Jun 02 2016 00:02:34      MSCB Inc,
             1410 Industrial Park Road,    Paris, TN 38242-6099
31942485    E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2016 00:02:43
             Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
             Kirkland, WA  98083-0788
31886304    E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2016 00:02:42
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
31877933   +E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2016 00:02:43      Quantum3 Group, LLC,
             P.O. Box 788,    Kirkland, WA 98083-0788
31877934    E-mail/Text: bankruptcy@speedyinc.com Jun 02 2016 00:02:29      Speedy Cash,
             3611 North Ridge Road,    Wichita, KS 67205-1214
```

```
District/off: 0651-1           User: debbie                Page 2 of 2                  Date Rcvd: Jun 01, 2016
                               Form ID: ntchrgc2           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
31881055          Fax: 912-629-1539 Jun 02 2016 00:38:38     TitleMax of Tennessee, INC. d/b/a TitleMax,
                   15 Bull Street, Suite 200,    Savannah, GA 31401
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               First Heritage Credit of Tennessee, LLC
cr               United States of America/RD
31879052*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
31877917        ##+Citifinancial Mortgage,    P.O. Box 140609,   Irving, TX 75014-0609
31877925        ##+First Heritage,    605 Carriage House,   Suite 0,   Jackson, TN 38305-4227
                                                                                   TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2016 at the address(es) listed below:
```
              Ken Walker    on behalf of Debtor Stephanie Denise Watson ecf@walker-law.biz,
               tammie@walkerlawtn.com;tammy@walker-law.biz;leslie@walkerlawtn.com;cstrain@walkerlawtn.com;ctirey
               @ketchumlaw.com
              Monica M. Simmons-Jones    on behalf of Creditor    United States of America/RD
               Monica.Simmons@usdoj.gov,
               susan.sharpe@usdoj.gov;betty.McWherter@usdoj.gov;katelyn.smith@usdoj.gov
              Stephen L. Hughes    on behalf of Creditor    First Heritage Credit of Tennessee, LLC
               hughes@kbhlaw.com
              Timothy H. Ivy    ecf_summ@ch13jax.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                               TOTAL: 5
```