**Dated: March 31, 2015**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION
_____

IN RE: Stephanie Denise Watson                    CHAPTER 13
    Debtor(s),                                          CASE NO.: 13-12381
_____

ORDER TO SUSPEND PLAN PAYMENTS
_____

This matter comes before the court on March 26, 2015 upon the motion of the Debtor to suspend plan payments for 90 days. Notice was provided to the Trustee and Creditors.

It is therefore ordered that the plan payments are suspended for 90 days or until the Debtor returns to work, whichever comes first.

Approved by:

/s/ Kenneth Walker
Kenneth Walker, Attorney for Debtor
107 South Shannon St.
Jackson, TN 38301
Telephone 731-427-5568

/s/ Timothy H. Ivy
Timothy H. Ivy, Chapter 13 Trustee
PO Box 1313
Jackson, TN 38302-1313

CERTIFICATE OF SERVICE

I, Kenneth L Walker, on this the 26th day of March, 2015 do hereby certify that I have e-filed the foregoing Order to the Chapter 13 Trustee and the following interested parties will be serviced by the United States Bankruptcy Court:

Debtor(s)
Debtor(s) Attorney
Case Trustee
All Entities on Matrix

/s/ Kenneth L. Walker
KENNETH L. WALKER # 6459