**Dated: March 31, 2015**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| IN RE: Stephanie Denise Watson | CHAPTER 13 |
| Debtor(s), | CASE NO.: 13-12381 |

ORDER TO SUSPEND PLAN PAYMENTS

This matter comes before the court on March 26, 2015 upon the motion of the Debtor to suspend plan payments for 90 days.   Notice was provided to the Trustee and Creditors.

It is therefore ordered that the plan payments are suspended for 90 days or until the Debtor returns to work, whichever comes first.

Approved by:

/s/ Kenneth Walker
Kenneth Walker,  Attorney for Debtor
107 South Shannon St.
Jackson, TN 38301
Telephone 731-427-5568

/s/ Timothy H. Ivy
Timothy H. Ivy, Chapter 13 Trustee
PO Box 1313
Jackson, TN 38302-1313

CERTIFICATE OF SERVICE

       I, Kenneth L Walker, on this the 26th day of March, 2015 do hereby certify that I have e-filed the foregoing Order to the Chapter 13 Trustee and the following interested parties will be serviced by the United States Bankruptcy Court:

    Debtor(s)
    Debtor(s) Attorney
    Case Trustee
    All Entities on Matrix

    /s/ Kenneth L. Walker
    KENNETH L. WALKER # 6459

United States Bankruptcy Court
Western District of Tennessee

In re:                                                              Case No. 13-12381-jlc
Stephanie Denise Watson                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1          User: valeta              Page 1 of 2              Date Rcvd: Apr 01, 2015
                              Form ID: pdford02         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2015.
```
db              +Stephanie Denise Watson,    85 Moore Rd.,    Bolivar, TN 38008-6304
cr              +USDA RURAL DEVELOPMENT,    CENTRALIZED SERVICING CENTER,    P.O. BOX 66879,
                  ST. LOUIS, MO 63166-6879
31182416        +AMCOL Systems, Inc,    P.O. Box 21625,    Columbia, SC 29221-1625
31182417        +AT&T BK Notice,    Accounts Receivable Management,    333 Commerce St., Floor 20,
                  Nashville, TN 37201-1826
31182418         Capital One (BK Dept),    PO Box 30285,    Salt Lake City, UT 84130-0285
31182422        +Collection Management,    PO Box 545,    Union City, TN 38281-0545
31182423         Comenity,    PO Box 182125,    Columbus, OH 43218-2125
31182426        +Delbert Services Corp,    Payment Processing,    PO Box 4730,    Anaheim, CA 92803-4730
31222950         First Heritage Credit of Tennessee, LLC,    6070 B South First St.,    Milan, TN 38358
31182429        +Franklin Collection,    PO Box 3910,    Tupelo, MS 38803-3910
31182434        +Nissan Motor Acceptance,    PO Box 660366,    Dallas, TX 75266-0366
31278864        +Title Max of Tennessee,    2089 N. Highland Ave, Ste E,    Jackson, TN 38305-4900
31182427       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Services,     P.O Box 790408,
                  Saint Louis, MO 63179-0408)
31198666        +USA/RD,    c/o Verlinzia L Henderson,    U S Dept of Agriculture,    Centralized Servicing Ctr,
                  PO Box 66879,    St. Louis, MO 63166-6879
31182436        +USDA,    Centralized Servicing Center,    PO Box 66827,    Saint Louis, MO 63166-6827
31256541        +USDA Rural Housing Service,    Centralized Servicing Center,    PO Box 66879,
                  St. Louis, MO 63166-6879
31182437         Value City,    Germantown Pkwy,    Memphis, TN 38134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
31269173         E-mail/Text: bncmail@w-legal.com Apr 02 2015 00:06:07      ALTAIR OH XIII, LLC,
                  C/O WEINSTEIN AND RILEY, PS,    PO BOX 3978,    SEATTLE, WA 98124-3978
31262097        +E-mail/Text: bncmail@w-legal.com Apr 02 2015 00:06:07      ALTAIR OH XIII, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
31182415        +Fax: 864-336-7400 Apr 02 2015 00:44:11      Advance America,    955 North Parkway,   Suite H,
                  Jackson, TN 38305-4512
31223022        +E-mail/Text: g17768@att.com Apr 02 2015 00:04:27       BellSouth Telecommunications, Inc.,
                  % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                  Bedminster, NJ 07921-2693
31182419         E-mail/Text: bankruptcy@cashtn.com Apr 02 2015 00:06:55      Cash Express,    31 Bowling Drive,
                  Jackson, TN 38305
31217026        +E-mail/Text: bankruptcy@cashtn.com Apr 02 2015 00:06:55      Cash Express, LLC,
                  263 West Spring Street,    Cookeville, TN 38501-3268
31182420        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Apr 02 2015 00:04:21       Cashnet USA.com,
                  200 West Jackson, Ste 1400,    Chicago, IL 60606-6929
31182424        +E-mail/Text: bk@creditcentralllc.com Apr 02 2015 00:06:57      Credit Central,
                  605 Carriage House Drive,    Jackson, TN 38305-4227
31208362        +E-mail/Text: bk@creditcentralllc.com Apr 02 2015 00:06:57      Credit Central,
                  700 E North Street,    Suite 15,    Greenville, SC 29601-3013
31182425        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 02 2015 00:07:04
                  Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
31334340        +E-mail/Text: bncmail@w-legal.com Apr 02 2015 00:06:07      DELBERT SERVICES CORPORATION,
                  C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
31198668         E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2015 00:12:01      GE Capital Retail Bank,
                  c/o Ramesh Singh,    Recovery Mgmt Systems Corp,    25 SE 2nd Ave, Ste 1120,
                  Miami, FL 33131-1605
31182430         E-mail/Text: cio.bncmail@irs.gov Apr 02 2015 00:04:58      Internal Revenue Service,
                  Attn: Insolvency Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
31182431        +E-mail/Text: trivers@jacksonclinic.com Apr 02 2015 00:06:25      Jackson Clinic,   Attn: Donna,
                  P.O. Box 400,    Jackson, TN 38302-0400
31182432        +E-mail/Text: collections@leaderscu.com Apr 02 2015 00:05:22      Leaders Credit Union,
                  214 Oil Well Road,    Jackson, TN 38305-7914
31182433        +E-mail/Text: rlambert@mscb-inc.com Apr 02 2015 00:05:21      MSCB Inc,
                  1410 Industrial Park Road,    Paris, TN 38242-6099
31232284         E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2015 00:05:50
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
31198562         E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2015 00:13:07
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
31182435         E-mail/Text: bankruptcy@speedyinc.com Apr 02 2015 00:05:17      Speedy Cash,
                  3611 North Ridge Road,    Wichita, KS 67205-1214
31259119        +E-mail/Text: rlambert@mscb-inc.com Apr 02 2015 00:05:21      THE JACKSON CLINIC,    C/O MSCB, INC,
                  1410 INDUSTRIAL PARK RD,    PO BOX 1567,    PARIS, TN 38242-1567
31367631         Fax: 912-629-1539 Apr 02 2015 02:14:42      TitleMax of Tennessee, INC. d/b/a TitleMax,
                  15 Bull Street, Suite 200,    Savannah, GA 31401
                                                                                              TOTAL: 21
```

```
District/off: 0651-1          User: valeta                Page 2 of 2                  Date Rcvd: Apr 01, 2015
                              Form ID: pdford02           Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
31188049*       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
31182421      ##+Citifinancial Mortgage,    P.O. Box  140609,    Irving, TX 75014-0609
31182428      ##+First Heritage,    605 Carriage House,    Suite 0,    Jackson, TN 38305-4227
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2015                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2015 at the address(es) listed below:
              Ken  Walker    on behalf of Debtor Stephanie Denise Watson ecf@walker-law.biz,
               tammie@walkerlawtn.com;leslie@walkerlawtn.com;cstrain@walkerlawtn.com
              Monica M. Simmons-Jones    on behalf of Creditor    United States of America/RD c/o Monica M..
               Simmons-Jones Monica.Simmons@usdoj.gov,    susan.sharpe@usdoj.gov;betty.McWherter@usdoj.gov
              Monica M. Simmons-Jones    on behalf of Creditor    USDA RURAL DEVELOPMENT Monica.Simmons@usdoj.gov,
               susan.sharpe@usdoj.gov;betty.McWherter@usdoj.gov
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Timothy H. Ivy    ecf_summ@ch13jax.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
              United States of America/RD c/o Monica M.. Simmons-Jones    monica.simmons@usdoj.gov
                                                                                             TOTAL: 7
```