

**Dated: June 24, 2015**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
### Western District Of Tennessee
### Eastern Division

**In Re**:                                                    **Case No.  13-12381**

**STEPHANIE DENISE WATSON**

**Debtor(s)**                                              **Chapter 13**

### REPORT OF THE CHAPTER 13 TRUSTEE

Previous orders in this case have provided that the Debtor must perform certain actions or this case would be dismissed without further notice or hearing.  The Chapter 13 Trustee reports the Debtors have failed to perform as required.


/s/Timothy H. Ivy
**Timothy H. Ivy (18053)**
**Chapter 13 Trustee**
**June 23, 2015**

### ORDER DISMISSING CASE

Based upon the report of the Chapter 13 Trustee and the record as a whole, the Court finds this case should be DISMISSED.  The Chapter 13 Trustee shall file his final accounting after disbursing any funds on hand.  Any employer withholding income of the Debtor for payment to the Trustee under previous orders of this Court is relieved of that obligation.

**(DJK     /28)**
**CC:     Chapter 13 Trustee**

**Debtor(s):**
**STEPHANIE DENISE WATSON**
**85 MOORE RD**
**BOLIVAR, TN 38008**

**Attorney for Debtor(s):**
**KEN WALKER**
**WALKER, WALKER & WALKER**
**PO BOX 530**
**LEXINGTON, TN 38351-0530**

**#431   All Creditors**