Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No.: 13−12381
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephanie Denise Watson
    aka Stephanie Denise Champion
    85 Moore Rd.
    Bolivar, TN 38008

Social Security / Individual Taxpayer ID No.:
    xxx−xx−5821

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on June 25, 2015

Dated: June 25, 2015

                                    Jed G. Weintraub
                                    Clerk, U.S. Bankruptcy Court

                                    BY: Valeta Marcom
                                    Deputy Clerk